# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00664-CV

**Mary Bernard, Appellant**

**v.**

**Ian St. Michael Bernard, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 241,458-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Mary Bernard, acting pro se, filed her notice of appeal on October 17, 2011. On November 16, 2011, the Official Court Reporter for the 146th District Court of Bell County notified this Court that appellant had not paid or made arrangements to pay for the reporter's record. On March 27, 2012, the clerk of this Court notified appellant by letter that the reporter's record was overdue and requested that she make payment arrangements for the reporter's record. The overdue-record notice also informed appellant that if she failed to make payment arrangements or respond to the Court's notice by April 6, 2012, her appeal would be considered without a record, and she would be expected to file her brief by April 26, 2012. *See* Tex. R. App. P. 37.3(c). Appellant did not respond to this notice.

On May 5, 2012, the clerk of this Court notified appellant that her brief was overdue and that her appeal was subject to dismissal for want of prosecution unless she filed her

brief or responded to this notice by May 15, 2012. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed: June 15, 2012